1  KERN, SEGAL & MURRAY
     Philip A. Segal (SBN 137633)
2     phil@kernlaw.com
   15 Southgate Avenue, Suite 200
3  Daly City, CA 94015
   Tel: (415) 474-1900 Fax: (415) 474-0302
4
   Attorney for Defendants Mercury General Corporation,
5  Mercury Casualty Company, California Automobile Insurance Company,
   Randall R. Petro, Tara L. Strong, Kern Segal & Murray, Philip A. Segal,
6  Bryana S. McGuirk, Todd P. Drakeford, Michael G. Thomas, Grace M.
   Harriett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. ISON AND THE ISON LAW FIRM, PC,<br><br>Plaintiffs,<br>vs.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO, ETHAN P. SCHULMAN, THE JUDICIAL COUNCIL OF CALIFORNIA, TANI G. CANTIL-SAKAUYE, MERCURY INSURANCE COMPANY, MERCURY CASUALTY COMPANY, CALIFORNIA AUTOMOBILE INSURANCE COMPANY, RANDALL R. PETRO, TARA L. STRONG, KERN SEGAL & MURRAY, PHILIP A. SEGAL, BRYANA S. MCGUIRK, TODD P. DRAKEFORD, MICHAEL S. THOMAS, GRACE M. HARRIET, STUART D. DIAMOND, STUART DIAMOND LAW & MEDIATION OFFICE, STACEY DIAMOND-GARCIA AND DOES 1 TO 25,<br><br>Defendants. | Case No.: 2:21-cv-01546-MCE-KJN<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Concurrently filed Notice of Motion and Motion to Dismiss First Amended Complaint; Supporting Memorandum of Points and Authorities; and Proposed Order]<br><br>Date:     December 2, 2021<br>Time:    2:00 p.m.<br>Place:   Robert T. Matsui United States Courthouse<br>         501 I Street<br>         Sacramento, CA 95814<br>Courtroom: 7, 14th Floor<br>Assigned to Hon. Morrison C. England, Jr. |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Mercury General Corporation, Mercury Casualty Company, California Automobile Insurance Company, Randall R. Petro, Tara L. Strong, Kern Segal & Murray, Philip A. Segal, Bryana S. McGuirk, Todd P. Drakeford, Michael G. Thomas, Grace M. Harriett, ("Defendants") respectfully request the Court to take judicial notice of the following documents from the case files of two pending state court actions in connection with, and in support of, their Motion to Dismiss Plaintiff's First Amended Complaint pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure:

(**A**)   A **July 12, 2021** Order of the San Francisco Superior Court granting Defendants Mercury Insurance, et al.'s Special Motion to Strike (Anti-Slapp) in SF Superior Court case #CGC-20-589080.

(**B**)   A **September 20, 2021** Order of the San Francisco Superior Court granting Defendants Kern Segal & Murray et al.'s Special Motion to Strike (Anti-Slapp) in SF Superior Court case #CGC-20-589080.

(**C**)   A **September 20, 2021** Order of the San Francisco Superior Court re: Contempt in SF Superior Court case #CGC-20-589080.

(**D**)   A **September 14, 2021** Order of the San Francisco Superior Court Striking Plaintiff's Verified Statement of Disqualification of Judge Ethan P. Schulman for Cause; Verified Answer of Ethan P. Schulman in SF Superior

Court case #CGC-20-589080.

(**E**)    An **August 30, 2021** Order of the San Francisco Superior Court denying Attorney Ison's Motion for Reconsideration in SF Superior Court case #CGC-20-589080.

(**F**)    An **August 30, 2021** Order to Show Cause re: Contempt in SF Superior Court case #CGC-20-589080.

(**G**)    A **March 17, 2021** First Amended Complaint filed by Attorney Ison against Defendants Mercury Insurance, et al. in SF Superior Court case #CGC-20-589080.

(**H**)    A **December 31, 2020** Complaint filed by Attorney Ison against Defendants Mercury Insurance, et al. in SF Superior Court case #CGC-20-589080.

(**I**)    A **September 7, 2021** filing by Attorney Ison entitled "Plaintiff's Verified Statement of Disqualification of Judge Ethan P. Schulman for Cause" in SF Superior Court case #CGC-20-589080.

(**J**)    A **September 17, 2021** filing by Attorney Ison entitled "Plaintiff's Response to Order to Show Cause Regarding Contempt" in SF Superior Court case #CGC-20-589080.

(**K**)    A Complaint filed **September 13, 2019** in San Mateo Superior Court (Case #19CIV05403), entitled Brenda Talens, et al v. Defendants The Japanese Feast, Inc., et al.

(**L**)   The **May 3, 2021** moving papers filed by Defendants Mercury Insurance, et al. ("Mercury") in Support of Mercury's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**M**)   The **May 27, 2021** and **June 4, 2021** opposing papers filed by Plaintiff Attorney Ison, et al. in Opposition to Mercury's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**N**)   The **June 3, 2021** reply papers filed by Defendants Mercury Insurance, et al. in ("Mercury") Support of Mercury's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**O**)   The **August 5, 2021** moving papers filed by Defendants Kern, Segal & Murray, et al. in Support of Kern, Segal & Murray's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**P**)   The **August 30, 2021** opposing papers filed by Plaintiff Attorney Ison, et al. in Opposition to Kern, Segal & Murray's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**Q**)   The **September 3, 2021** reply papers filed by Defendants Kern,

Segal & Murray, et al. in Support of Kern, Segal & Murray's Special Motion to Strike First Amended Complaint (Anti-SLAPP) in SF Superior Court case #CGC-20-589080.

(**R**) The **June 11, 2021** re-filed First-Amended Complaint by Attorney Ison against Defendants Mercury Insurance, et al. in SF Superior Court case #CGC-20-589080.

(**S**) The **July 26, 2017** moving papers filed by Plaintiff Attorney Ison, et al. in Support of Plaintiff's Motion for Reconsideration in SF Superior Court case #CGC-20-589080.

(**T**) The **August 17, 2021** opposing papers filed by Defendants Kern, Segal & Murray, et al. in Opposition to Plaintiff's Motion for Reconsideration in SF Superior Court case #CGC-20-589080.

(**U**) The **August 23, 2021** reply papers filed by Plaintiff Attorney Ison, et al. in Support of Plaintiff's Motion for Reconsideration in SF Superior Court case #CGC-20-589080.

"In ruling on a 12(b)(6) motion, a court may generally consider only allegations contained in the pleadings, exhibits attached to the complaint, and matters properly subject to judicial notice." *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007). Federal Rule of Evidence 201(b) provides that courts may take judicial notice of a fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction;

or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201.

A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(1)-(2). Judicially noticed facts often consist of matters of public record, such as prior court proceedings. See, e.g., *Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000) (taking judicial notice of a filed complaint as a public record); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of court filings in a state court case where the same plaintiff asserted similar and related claims); *Holt v. City of San Jose*, 92 F. Supp. 2d 996, 998 (N.D. Cal. 2000) (taking judicial notice of relevant memoranda and orders filed in state court cases).

A court may take judicial notice of court records in another case. *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004). A federal court may also take judicial notice of orders made in a state court proceeding. See Miles v. California, 320 F.3d 986, 987 n.1 (9th Cir. 2003).   Exhibits A-F are all court orders that are subject to judicial notice, but the facts contained in those orders are not subject to judicial notice, particularly to the extent they are disputed. See *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (although a court

may take judicial notice of another court's opinion, "it may do so not for the truth of the facts recited therein, but for the existence of the opinion, which is not subject to reasonable dispute over its authenticity").

As it relates to Exhibits G-U, which are documents filed by various parties in state court cases in the San Francisco Superior Court and San Mateo Superior Court, the Court may take judicial notice that the documents were filed and the date on which they were filed, but may not take judicial notice of any facts set forth in the documents themselves. See *M/V Am. Queen v. San Diego Marine Constr. Corp.*, 708 F.2d 1483, 1491 (9th Cir. 1983) ("As a general rule, a court may not take judicial notice of proceedings or records in another cause so as to supply, without formal introduction of evidence, facts essential to support a contention in a cause then before it.").

DATED: November 3, 2021

                        KERN, SEGAL & MURRAY

                        By:  /s/ Philip A. Segal
                            PHILIP A. SEGAL
                            phil@kernlaw.com
                            Attorney for Defendants

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**