James J. Ison, Esq. (SBN 209116)
**THE ISON LAW FIRM, PC**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7677
Facsimile: (916) 929-0448
james@jisonlaw.com

Attorneys for Plaintiffs James J. Ison and
The Ison Law Firm, PC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. ISON AND THE ISON LAW FIRM, PC,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO,<br>ETHAN P. SCHULMAN,<br>THE JUDICIAL COUNCIL OF CALIFORNIA,<br>TANI G. CANTIL-SAKAUYE,<br>MERCURY INSURANCE COMPANY, MERCURY CASUALTY COMPANY, CALIFORNIA AUTOMOBILE INSURANCE COMPANY,<br>RANDALL R. PETRO,<br>TARA L. STRONG,<br>KERN SEGAL & MURRAY,<br>PHILIP A. SEGAL,<br>BRYANA S. MCGUIRK,<br>TODD P. DRAKEFORD,<br>MICHAEL S. THOMAS,<br>GRACE M. HARRIET,<br>STUART D. DIAMOND,<br>STUART DIAMOND LAW & MEDIATION OFFICE,<br>STACEY DIAMOND-GARCIA<br>AND DOES 1 TO 25<br><br>Defendants. | **Case No. 2:21-cv-01546-MCE-KJN**<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [FRCP, RULE 6]** |

1

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On November 3, 2021, Defendants Mercury Insurance, et al. filed a motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12.  Plaintiffs' opposition to the motion was due on November 18, 2021.  On November 17, 2021, Plaintiffs filed an ex parte application by which they requested a two-week extension of time in which to file their opposition pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, subdivisions (c) and (d).

Having reviewed Plaintiffs' application and supporting declaration, and finding good cause therefor,

1. Plaintiff's Ex Parte Application (ECF No. 17) is GRANTED;

2. Defendants' motion to dismiss, originally noticed for December 2, 2021, remains submitted;

3. Plaintiffs' opposition to the motion shall be filed and served not later than December 2, 2021; and

4. Defendants may serve and file a reply to Defendants' opposition filed not later than December 16, 2021.

**IT IS SO ORDERED**.

Dated:  November 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE