UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. ISON, et al., | No. 2:21-cv-01546-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| ETHAN P. SCHULMAN, et al., | |
| Defendants. | |

In light of Plaintiffs' response to the Order to Show Cause, ECF No. 29, the Order to Show Cause, ECF No. 28, is DISCHARGED. Not later than fourteen (14) days from the issuance of this minute order, Plaintiffs are ordered to effectuate service on Defendants Stuart D. Diamond and Stuart Diamond Law & Mediation Office.

Plaintiffs have also stated that they do not wish to pursue their claims against Defendant Stacey Diamond-Garcia. See ECF No. 29, at 2. Accordingly, Defendant Stacey Diamond-Garcia is DISMISSED from this action.

///
///
///
///
///

1

Lastly, Plaintiffs' Requests for Oral Argument, ECF Nos. 30–31, are DENIED. Plaintiffs are directed to file a noticed motion for reconsideration in accordance with the Local Rules.

IT IS SO ORDERED.

DATED: October 12, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE